# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| ALLISON L. GRAHAM, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:16CV3028 |
| PAIR-A-DICE PROPERTIES II, LLC., | ) ) ) ) | ORDER |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Compel ([Filing No. 10](#)) and Defendant's Motion to Withdraw ([Filing No. 16](#)). Defendant initially filed a motion to compel Plaintiff, pro se, to supplement interrogatories and requests for production of documents. Defendant filed a motion to withdraw its motion to compel, stating Plaintiff has made a good faith attempt to supplement her discovery responses subsequent to the motion to compel, making the motion to compel moot. Accordingly,

**IT IS ORDERED:**

1. Defendant's Motion to Compel ([Filing No. 10](#)) is denied as moot.

2. Defendant's Motion to Withdraw ([Filing No. 16](#)) is denied as moot.

**DATED: May 25, 2016.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**