## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALLISON L. GRAHAM,** | ) | **CASE NO. 4:16CV3028** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **PAIR-A-DICE PROPERTIES II, LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For the reasons stated in the Memorandum and Order of this date:

IT IS ORDERED:

1. Defendant Pair-A-Dice's Motion for Summary Judgment (Filing No. 18) is granted;

2. Plaintiff Alison L. Graham's Complaint (Filing No. 1 at ECF 4–7) is dismissed, with prejudice; and

3. The parties will bear their own costs and attorney fees.

. .

DATED this 8th day of July, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge